2 A.3d 466

Fred CARTER, Appellant

v.

COMMONWEALTH of Pennsylvania, Governor Edward
G. Rendell And Pennsylvania Department of
Corrections, Appellees.

Supreme Court of Pennsylvania.

July 20, 2010.

### ORDER

PER CURIAM.

AND NOW, this 20th day of July, 2010, the Order of the Commonwealth Court is hereby AFFIRMED.